RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE                                         E-FILED
701 Bridger Ave
Suite 820
Las Vegas, NV 89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                              CASE NO: BKS-09-34371-MKN
ERICSON FELICIANO
                                                    CHAPTER 13

                                                    Hearing Date:   March 18, 2010
                                                    Hearing Time:   1:30 pm

HAINES & KRIEGER, L.L.C.
Attorney for the Debtor

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN #1
### COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Rick A. Yarnall, hereby objects to confirmation of Plan and hereby represents the following:

The debtor(s) filed for Chapter 13 relief on 12/30/2009. The 341(a) Meeting of Creditors held on February 09, 2010 at 9:00 am was:

- concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Amendment to Plan: provide for higher mortgage creditor arrearages.
- The debtor(s) has failed to cooperate with the Trustee [11 USC 521 (3)] as the following document(s) were not provided:
    - Debtor failed to provide copy of most recent tax return for tax year 2009 not less than 7 days prior to the Sect. 341 hearing as required pursuant to Sect. 521(e)(2)(A)(i).
    - Profit & loss statement: June- Nov (detailed by month)
    - Bank statments: Wells Fargo #0181 Nov 6-30, Wells Fargo #9422 June-July. TruMark #1829 June-July, Sept-Oct
    - Support amount stated on Schedule J regarding excessive expenses: health insurance
    - Other: Provide written status report at time of confirmation hearing & any subsequent confirmation hearings to Trustee as to loan modification

The Chapter 13 Trustee objects to the following line(s) on the Debtor's form B22(c) for the reason the amount stated therein is either incorrect or excessive and requres the debtor to provide documentation to support the claim;

- Line 57 - Part V. Deduction for special circumstances: provide documentation to support expenses stated
- Plan to be interlineated with tax years: 09-11
- Plan - Other issues: Resolve objection to Plan filed by sec. creditor(s); Trustee objects to language in §6.03

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00 per quarter the case is pending.

Dated: March 05, 2010

/s/ Rick A. Yarnall
Rick A. Yarnall, Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: espinozal              Page 1 of 2                   Date Rcvd: Mar 09, 2010
Case: 09-34371                 Form ID: pdf891              Total Noticed: 75


The following entities were noticed by first class mail on Mar 11, 2010.
db           +ERICSON FELICIANO,    10168 LONGORIA ST.,    LAS VEGAS, NV 89178-8047
cr           +BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOM,    MILES, BAUER, BERGSTROM & WINTERS,
               2200 PASEO VERDE PARKWAY, STE 250,    HENDERSON, NV 89052-2704
cr           +GMAC MORTGAGE, LLC,    Pite DUncan LLP,    4375 Jutland Drive,    Suite 200,
               San Diego, CA 92117-3600
5608050       AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN PA 19355-0701
5541048      +American Express,    Acct No xxxxxxxxxxxx8893,    c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
5541049      +American Express,    Acct No xxxxxxxxxxxx5413,    c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
5541050      +American Express,    Acct No xxxxxxxxxxxx5863,    c/o Becket and Lee,    Po Box 3001,
               Malvern, PA 19355-0701
5541051      +American Express,    Acct No xxxxxxxxxxxx8893,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
5541052      +American Express,    Acct No xxxxxxxxxxxx5413,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
5541053      +American Express,    Acct No xxxxxxxxxxxx5863,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
5679001      +BAC HOME LOANS SERVICING, L.P. FKA,    COUNTRYWIDE HOME LOANS SERVICING, L.P.,
               7105 CORPORATE DRIVE,    PLANO, TX 75024-4100
5541055      +Bank Of America,    Acct No 62,    Po Box 17054,    Wilmington, DE 19850-7054
5541054      +Bank Of America,    Acct No 6575,    Po Box 1598,    Norfolk, VA 23501-1598
5541057      +Bank of America,    Acct No xxxxxxxx0001,    Po Box 1598,    Norfolk, VA 23501-1598
5541056      +Bank of America,    Acct No xxxxxxxx0001,    Attn: Bankruptcy Dept NC4-105-03-14,    Po Box 26012,
               Greensboro, NC 27420-6012
5700642       CR EVERGREEN, LLC,    MS 550,    PO BOX 91121,    SEATTLE, WA 98111-9221
5541059      +Chase Manhattan,    Acct No xxxxxxxxxx0806,    201 N Walnut St # De1-10,
               Wilmington, DE 19801-2920
5541058      +Chase Manhattan,    Acct No xxxxxxxxxx0806,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,
               Columbus, OH 43219-6009
5541060      +Countrywide Home Lending,    Acct No xxxx0582,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541061      +Countrywide Home Lending,    Acct No xxxx2076,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541067      +Countrywide Home Lending,    Acct No xxxx2164,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541064      +Countrywide Home Lending,    Acct No xxxx3367,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541065      +Countrywide Home Lending,    Acct No xxxx4583,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541062      +Countrywide Home Lending,    Acct No xxxx4947,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541063      +Countrywide Home Lending,    Acct No xxxx5003,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541066      +Countrywide Home Lending,    Acct No xxxx8902,    Attention: Bankruptcy SV-314B,    Po Box 5170,
               Simi Valley, CA 93062-5170
5541068      +Countrywide Home Lending,    Acct No xxxx0582,    450 American St,    Simi Valley, CA 93065-6285
5541069      +Countrywide Home Lending,    Acct No xxxx2076,    450 American St,    Simi Valley, CA 93065-6285
5541075      +Countrywide Home Lending,    Acct No xxxx2164,    450 American St,    Simi Valley, CA 93065-6285
5541072      +Countrywide Home Lending,    Acct No xxxx3367,    450 American St,    Simi Valley, CA 93065-6285
5541073      +Countrywide Home Lending,    Acct No xxxx4583,    450 American St,    Simi Valley, CA 93065-6285
5541070      +Countrywide Home Lending,    Acct No xxxx4947,    450 American St,    Simi Valley, CA 93065-6285
5541071      +Countrywide Home Lending,    Acct No xxxx5003,    450 American St,    Simi Valley, CA 93065-6285
5541074      +Countrywide Home Lending,    Acct No xxxx8902,    450 American St,    Simi Valley, CA 93065-6285
5541076      +Elan Financial Service,    Acct No xxxxxx2060,    Po Box 5229,    Cincinnati, OH 45201-5229
5541077      +Elan Financial Service,    Acct No xxxxxx2060,    Po Box 790084,    Saint Louis, MO 63179-0084
5541079      +Fia Csna,    Acct No 4299,    Po Box 17054,    Wilmington, DE 19850-7054
5541078      +Fia Csna,    Acct No 4299,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
5541086      +Home Comings Financial,    Acct No xxxxx6600,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
5541085      +Home Comings Financial,    Acct No xxxxx9799,    Attention: Bankruptcy Dept,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
5541084      +Home Comings Financial,    Acct No xxxxxx5809,    Attention: Bankruptcy Dept,
               1100 Virginia Drive,    Fort Washington, PA 19034-3204
5541089      +Home Comings Financial,    Acct No xxxxx6600,    Po Box 4622,    Waterloo, IA 50704-4622
5541088      +Home Comings Financial,    Acct No xxxxx9799,    Po Box 4622,    Waterloo, IA 50704-4622
5541087      +Home Comings Financial,    Acct No xxxxxx5809,    Po Box 4622,    Waterloo, IA 50704-4622
5541090      +Hsbc Bank,    Acct No xxxxxxxx0632,    Attn: Bankruptcy,    Po Box 5253,
               Carol Stream, IL 60197-5253
5541091      +Hsbc Bank,    Acct No xxxxxxxx0632,    Po Box 5253,    Carol Stream, IL 60197-5253
5541092     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    PO Box 21126,    Insolvency,    Philadelphia, PA 19114-0326)
5541093      +Mountains Edge Master Association,    8360 E Via De Ventura Suite 100 Bldg L,
               Scottsdale, AZ 85258-3183
5541095      +Ruisseau Place Homeowners' Assoc,    Acct No xxxxxx0770,    c/o Spectrum Association Mgmt. LP,
               545 E. John Carpenter Freeway,    Suite 300,    Irving, TX 75062-3964
5541098      +Sears/cbsd,    Acct No xxxx1964,    701 East 60th St N,    Sioux Falls, SD 57104-0432
5541100      +Toyota Motor Credit Co,    Acct No xxxxxxxxxxxxx0001,    777 E Campbell Rd Ste 20,
               Richardson, TX 75081-1891
5541101      +Toyota Motor Credit Co,    Acct No xxxxxxxxxxxxx0001,    10040 N 25th Ave Ste 200,
               Phoenix, AZ 85021-1648
5541099      +Toyota Motor Credit Co,    Acct No xxxxxxxxxxxxx0001,    2600 Michelson Dr Ste 50,
               Irvine, CA 92612-1550
5697742      +Toyota Motor Credit Corporation,    3200 West Ray Road,    Chandler, AZ 85226-2450
5541102      +Trumark Fin,    Acct No xx9020,    1000 Northbrook Dr,    Trevose, PA 19053-8430
```

```
District/off: 0978-2          User: espinozal           Page 2 of 2                Date Rcvd: Mar 09, 2010
Case: 09-34371                Form ID: pdf891           Total Noticed: 75

5541103     +Trumark Financial Cu,   Acct No xxxxx0009,   1000 Northbrook Dr,   Trevose, PA 19053-8430
5541104    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank,   Acct No xxxxxx2058,   Po Box 5227,   Cincinnati, OH 45201)
5564339     +WELLS FARGO BANK, N.A.,   ONE HOME CAMPUS, MAC# X2302-045,   DES MOINES, IA 50328-0001
5541106     +Washington Mutual Fa,   Acct No xxxxxxxxx9285,   324 W Evans St,   Florence, SC 29501-3430
5541108     +Washington Mutual Mortgage,   Acct No xxxxxxxxx6305,   Attention: Bankruptcy Dept. JAXA 2035,
              7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
5541107     +Washington Mutual Mortgage,   Acct No xxxxxxxxxxxxxxxxxx6912,
              Attention: Bankruptcy Dept. JAXA 2035,   7255 Bay Meadows Way,   Jacksonville, FL 32256-6851
5541110      Washington Mutual Mortgage,   Acct No xxxxxxxxx6305,   Po Box 1093,   Northridge, CA 91328
5541109     +Washington Mutual Mortgage,   Acct No xxxxxxxxxxxxxxxxxx6912,   Po Box 24696,
              Columbus, OH 43224-0696
5541111     +Wells Fargo Card Ser,   Acct No xxxxxxxx6380,   Po Box 5058,   Portland, OR 97208-5058
5541112     +Wells Fargo Card Ser,   Acct No xxxxxxxx6380,   Po Box 5445,   Portland, OR 97228-5445
5541113     +Wells Fargo Hm Mortgag,   Acct No xxxxxxxxx3489,   8480 Stagecoach Cir,
              Frederick, MD 21701-4747
5541114     +Wffnb/thomasville Mc,   Acct No xxxxxx8549,   Po Box 94498,   Las Vegas, NV 89193-4498
The following entities were noticed by electronic transmission on Mar 09, 2010.
5541081     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:08      GEMB / HH Gregg,
              Acct No xxxxxxxx0093,   Po Box 981439,   El Paso, TX 79998-1439
5541080     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:08      GEMB / HH Gregg,
              Acct No xxxxxxxx0093,   Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
5541083     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:07      GEMB / Old Navy,
              Acct No xxxxxxxx8127,   Po Box 981400,   El Paso, TX 79998-1400
5541082     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:08      GEMB / Old Navy,
              Acct No xxxxxxxx8127,   Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
5541094     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:07      Pearle/gemb,   Acct No xxxxxxxx0636,
              Po Box 981439,   El Paso, TX 79998-1439
5541097     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:07      Sams Club,   Acct No xxxxxxxx4240,
              Po Box 981400,   El Paso, TX 79998-1400
5541096     +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2010 00:57:07      Sams Club,   Acct No xxxxxxxx4240,
              Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
5541105      E-mail/Text: milton.jones@viewpointbank.com                    Viewpoint Bank,
              Acct No xxxxx0050,   720 E. Arapaho,   Richardson, TX 75081-2213
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           WELLS FARGO BANK, N.A.
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 11, 2010**                    Signature:   _Joseph Speetjens_